IN THE UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF ARKANSAS
JONESBORO DIVISION

**LORI LEE DAVIS,**                                                                                   **PLAINTIFF**

v.                                    **CASE NO. 3:12CV00160 BD**

**CAROLYN W. COLVIN, Acting Commissioner,**
**Social Security Administration,**[1]                                                **DEFENDANT**

## JUDGMENT

In accordance with the Memorandum Opinion and Order filed in this matter this date, it is Considered, Ordered and Adjudged that the decision of the Commissioner is affirmed, and Lori Lee Davis's complaint is dismissed with prejudice.

IT IS SO ORDERED, this 8th day of July, 2013.

_____
UNITED STATES MAGISTRATE JUDGE

---

[1] On February 14, 2013, Carolyn W. Colvin became the Acting Commissioner of Social Security. She is therefore substituted for Michael J. Astrue pursuant to Fed.R.Civ.P. 25(d).